IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM HACKING,

    Plaintiff,

    v.

HENDRIK SMEDING, et al.,

    Defendants.
_____/

No. C 10-00380 JSW

**ORDER REQUIRING STATUS REPORT**

On September 14, 2010, the Court granted Plaintiff's motion to stay this case, pending resolution of the appeal in *In re Nuttery Farm, Inc.* Case No. C-10-03146-WHA, (the "Bankruptcy Action"). It is HEREBY ORDERED that the parties shall submit a joint status report to the Court regarding the status of the Bankruptcy Action by no later than July 29, 2011, and shall file additional status reports every 120 days, until the stay is lifted.

**IT IS SO ORDERED.**

Dated: July 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE