IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM HACKING,

    Plaintiff,

v.

HENDRIK SMEDING, et al.,

    Defendants.

No. C 10-00380 JSW

**ORDER STRIKING MOTIONS**

In light of the stay issued in the above captioned matter, the Court HEREBY STRIKES the parties' cross-motions for summary judgment. This Order is without prejudice to the parties refiling their motions for summary judgment, if necessary, once the appeal in *In re Nuttery Farm, Inc.* Case No. C-10-03146-WHA is resolved.

**IT IS SO ORDERED.**

Dated: September 6, 2011

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE