IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM HACKING,

    Plaintiff,

v.

HENDRIK SMEDING, et al.,

    Defendants.

No. C 10-00380 JSW

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

The Court had granted the motion to stay filed by Plaintiff Adam Hacking ("Hacking") pending resolution of the appeal in *In re Nuttery Farm, Inc.* Case No. C-10-03146-WHA, (the "Bankruptcy Action"). In a joint status report filed on March 5, 2012, the parties advised the Court that the court dismissed the Bankruptcy Action for lack of standing. On appeal, the Ninth Circuit Court of Appeals affirmed the district court's order. The mandate in the appeal was issued on February 24, 2012, and, thus, the appeal is now concluded. The parties now request this Court to set a case management conference.

Accordingly, the Court HEREBY LIFTS the stay and sets a case management conference for April 20, 2012 at 1:30 p.m. The parties shall file a joint case management statement by no later than April 13, 2012.

**IT IS SO ORDERED.**

Dated: March 6, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE