William H. Parish (SBN: 95913)
whparish@parishsmall.com
PARISH & SMALL
A Professional Law Corporation
1919 Grand Canal Blvd., Suite A-5
Stockton, CA 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

Attorneys for Plaintiff
Adam Hacking

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM HACKING, successor in interest to Jeffrey G. Locke, Trustee of the Estate of Nuttery Farms, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>HENDRIK SMEDING and LETTIE SMEDING,<br><br>Defendants. | Case No: 10-CV-0380 (JSW)<br><br>[~~PROPOSED~~] ORDER<br><br><br>Date: April 20, 2012<br>Time: 1:30 p.m.<br>Dept: 11, 19th Floor<br><br>Judge: Hon. Jeffrey S. White |

The Court has been notified by the parties that this matter has been settled. Accordingly,
            CONTINUES                    May 25, 2012 at 1:30 p.m.
the Court ~~vacates the case~~ management conference ~~now scheduled for April 20, 2012~~. The parties

are to file a dismissal, with prejudice of this action not later than May 11, 2012.

Date:___April 11, 2012_____    _____

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

PARISH & SMALL
A Professional Law Corporation
1919 Grand Canal Blvd., Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

[~~PROPOSED~~] ORDER