William H. Parish (SBN: 95913)
whparish@parishsmall.com
PARISH & SMALL
A Professional Law Corporation
1919 Grand Canal Blvd., Suite A-5
Stockton, CA  95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

Attorneys for Plaintiff
Adam Hacking

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM HACKING, successor in interest to Jeffrey G. Locke, Trustee of the Estate of Nuttery Farms, Inc., <br><br> Plaintiff, <br><br> v. <br><br> HENDRIK SMEDING and LETTIE SMEDING, <br><br> Defendants. | Case No:  10-CV-0380 (JSW) <br><br> [~~PROPOSED~~] ORDER <br><br><br> Date:     April 20, 2012 <br> Time:    1:30 p.m. <br> Dept:    11, 19th Floor <br><br> Judge:   Hon. Jeffrey S. White |

The Court has been notified by the parties that this matter has been settled.  Accordingly, the Court ~~vacates~~ CONTINUES the case management conference ~~now scheduled for April 20, 2012~~ May 25, 2012 at 1:30 p.m.  The parties are to file a dismissal, with prejudice of this action not later than May 11, 2012.

Date:  April 11, 2012                             _____
                                                  HONORABLE JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER