William H. Parish (SBN: 95913)
whparish@parishsmall.com
**PARISH & SMALL**
A Professional Law Corporation
1919 Grand Canal Blvd., Suite A-5
Stockton, CA 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

*Attorneys for Plaintiff*
Adam Hacking

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM HACKING, successor in interest to Jeffrey G. Locke, Trustee of the Estate of Nuttery Farms, Inc., <br><br> Plaintiff, <br><br> v. <br><br> HENDRIK SMEDING and LETTIE SMEDING, <br><br> Defendants. | Case No: 10-CV-0380 (JSW) <br><br> [~~PROPOSED~~] ORDER |

Upon the joint request of all parties that this action be dismissed, with prejudice, IT IS HEREBY ORDERED that this action be and is dismissed, with prejudice.

Date: May 10, 2012  _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

---

1
JOINT REQUEST FOR DISMISSAL – [~~PROPOSED~~] ORDER